Attorney(s): Pechman Law Group LLC
Index #: 1:22-cv-09763
Purchased/Filed: November 16, 2022
State of: New York
Court: U.S. District
County/District: Southern Dist.

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Antonio Aguilar

Plaintiff(s)

against

Beaver Street Pizza LLC d/b/a Pizza Etalia, et al

Defendant(s)

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: 69 Yrs. |
|---|---|---|
| COUNTY OF ALBANY ) SS | | |
| CITY OF ALBANY ) | Weight: 120 Lbs. Height: 5' 0" Sex: Female Color of skin: White | |

Hair color: Blonde   Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **December 21, 2022**, at **1:15 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**Summons in A Civil Action & Complaint**

on

**Beaver Street Pizza LLC d/b/a Pizza Etalia**

the Defendant in this action, by delivering to and leaving with **Sue Zouky** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **$40** dollars; That said service was made pursuant to Section **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

21st day of December, 2022

FAITH COZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette

Invoice·Work Order # 2246063
Attorney File # **Aguilar**