UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO AGUILAR,

                      Plaintiff,

-against-

BEAVER STREET PIZZA LLC d/b/a PIZZA ETALIA, LALITHARUBAN SINGABABAN, *and* DIPAK BANIK,

                      Defendants.

**ORDER**

22-cv-9763 (ER)

The Court is in receipt of the Mediator's report that agreement was reached on all issues.

As such, the parties are directed to submit their settlement agreement for review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015) by May 16, 2023.

    SO ORDERED.

Dated:   May 8, 2023
            New York, New York

                                                Edgardo Ramos, U.S.D.J.