UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ANTONIO AGUILAR,

                            Plaintiff,

      -against-

BEAVER STREET PIZZA LLC d/b/a PIZZA ETALIA,
LALITHARUBAN SINGABABAN, and
DIPAK BANIK

                          Defendants.
------------------------------------------------------------------ X

No. 22 Civ. 9763 (ER)

[~~PROPOSED~~] JUDGMENT

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff Antonio Aguilar ("Plaintiff") on May 16, 2023; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendants Beaver Street Pizza LLC d/b/a Pizza Etalia and Dipak Banik, jointly and severally, in the amount of $50,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated: New York, New York
        May 16           , 2023

                                                **SO ORDERED:**

                                                _____
                                                Hon. Edgardo Ramos
                                                United States District Judge